**In the MATTER OF the CARE AND TREATMENT OF: Isadore LOWERY, Appellant.**

No. ED 102515

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: February 16, 2016

Ellen Flottman, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, for Appellant.

Mary H. Moore, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Lisa Van Amburg, C.J., Sherri B. Sullivan, P.J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM

Isadore Lowery appeals from the judgment of the probate division of the circuit court, after a bench trial, committing him indefinitely to the custody of the Department of Mental Health as a sexually violent predator. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).